UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHANNON A. DARDAR, ET AL                               CIVIL ACTION

VERSUS                                                 NO. 10-1589

AMERIQUEST MORTGAGE COMPANY,                           SECTION "K"(5)
ET AL

## ORDER

Before the Court is the "Motion for Extension of Time to Answer Motions Filed" filed by plaintiffs Shannon A. Dardar and Nancy J. DeAbate (Doc. 15), *pro se,* which seeks an extension time within which to respond to "Ameriquest's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which Relief May be Granted" (Doc. 7) scheduled for hearing July 7, 2010 and "Deutsche Bank's Motion to Dismiss Plaintiff's Petition for Insufficient Service of Process under Rule 12(b)(5) and for Failure to State a Claim Under Rule 12(b)(6)" (Doc. 12) scheduled for hearing September 1, 2010.  Plaintiffs have advised the Court that counsel for Ameriquest does not oppose the request for an extension of time to respond to Ameriquest's motion. Accordingly, the Court grants the "Motion for Extension of Time to Answer Motions Filed" to the extent that it seeks to extend the time to respond to Ameriquest's motion and continues the hearing on Ameriquest's motion to dismiss until **August 4, 2010** at **9:30 a.m.**  Plaintiffs shall file their response to the motion **not later than July 27, 2010.**

With respect to plaintiffs' request to extend the time for filing a response to Deutsche Bank's "Motion to Dismiss Plaintiff's Petition for Insufficient Service of Process under Rule 12(b)(5) and for Failure to State a Claim Under Rule 12(b)(6)" (Doc. 12), the motion is denied.

Because that motion is not set for hearing until September 1, 2010, plaintiffs' response to the motion is not due until **August 23, 2010.** Thus, plaintiffs have adequate time to respond to the motion and no extension of the time within which to respond is necessary.

New Orleans, Louisiana, this 2nd day of July, 2010.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE