UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHANNON A. DARDAR AND** | |
| **NANCY G. DEABTE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1589** |
| **AMERIQUEST MORTGAGE CO. AND** | |
| **DEUTSCHE BANK NATIONAL TRUST CO.** | **SECTION "K" (5)** |

## JUDGMENT

Considering the order entered March 16th, 2011, granting the motions to dismiss filed on behalf of defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company, and further considering the Court's direction that judgment be entered;

**IT IS ORDERED** that judgment shall be entered in favor of defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company dismissing all of plaintiffs' remaining claims with prejudice.

New Orleans, Louisiana, this 16th day of March, 2011.

_____
STANWOOD R. DUVAL, JR        .
UNITED STATES DISTRICT COURT JUDGE